UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MOONSTONE HOSPITALITY, INC.

                Plaintiff,

vs.                                             Civil Action No.: 4:09-CV-04147

NATIONWIDE MUTUTAL INSURANCE
COMPANY,

                Defendant.

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Moonstone Hospitality, Inc., pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby files its Certificate of Interested Parties as follows:

    Navika Capital Group
    100 Jericho Quadrangle
    Jericho, NY 11753
    (Plaintiff's Parent Company)

    Greenspan Co. Adjusters International
    6380 E. Thomas Road
    Suite 324
    Scottsdale, AZ 85251
    (Plaintiff's Public Adjusters)

    Merlin Law Group, P.A.
    777 S. Harbour Island Boulevard
    Suite 950
    Tampa, Florida 33602
    (Plaintiff's Attorneys)

At this time, Plaintiff is unaware of any additional parties, person, or entities that currently possess or own vested or accrued financial interests in the outcome of this litigation at this time.

Respectfully submitted,

By: /s/William F. Merlin Jr.
William F. Merlin Jr., Esquire
TX Bar No.: 24061793
Merlin Law Group, P.A.
777 S. Harbour Island Boulevard
Suite 950
Tampa, Florida 33602
Telephone: 813-229-1000
Facsimile: 813-229-3692
wmerlin@merlinlawgroup.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 19th of January 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice via e-mail transmission of electronic filing to George H. Arnold, Esquire, Thompson, Coe, Cousins & Irons, LLP., One Riverway, Suite 1600, Houston, TX, 77056

/s/William F. Merlin Jr.
William F. Merlin Jr., Esquire