IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOONSTONE HOSPITALITY, INC. § <br> d/b/a HOLIDAY INN EXPRESS INN & § <br> SUITES, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> § <br> NATIONWIDE MUTUAL § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | Civil Action No. 4:09-cv-04147 <br><br> JURY |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Nationwide Mutual Insurance Company respectfully submits its Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

### PLAINTIFF:

1. Moonstone Hospitality Inc. d/b/a Holiday Inn Express Inn & Suites

    Counsel for Plaintiffs:

    William F. Merlin, Jr.
    State Bar No. 34061739
    777 S. Harbour Island Blvd., Suite 950
    Tampa, Florida 33602
    Telephone (813) 229-1000
    Facsimile (813) 229-3692

### DEFENDANT:

2. Nationwide Mutual Insurance Company

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

>Respectfully Submitted,
>
>THOMPSON, COE, COUSINS & IRONS, L.L.P.
>
>By:  /s/ Stephanie S. Rojo
>       **George H. Arnold**, Attorney-In-Charge
>       Southern District Bar No. 15948
>       State Bar No. 00783559
>       **Stephanie S. Rojo**, Of Counsel
>       Southern District Bar No. 37297
>       State Bar No. 24041815
>
>One Riverway, Suite 1600
>Houston, Texas  77056
>Telephone:     (713) 403-8210
>Facsimile:       (713) 403-8299
>E-mail:           garnold@thompsoncoe.com
>E-mail:           srojo@thompsoncoe.com
>
>**Christian D. H. Schultz**, Of Counsel
>Southern District Bar No. 1037415
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, NW
>Washington, D.C. 20005
>Telephone:     (202) 879-5043
>Facsimile:       (202) 654-9409
>E-mail:           christian.schultz@kirkland.com
>
>**ATTORNEYS FOR DEFENDANT**
>**NATIONWIDE MUTUAL INSURANCE**
>**COMPANY**

# **CERTIFICATE OF SERVICE**

      I certify that I electronically filed this document with the United States District Court for the Southern District of Texas and that, either through the electronic filing system or by facsimile, a copy of the foregoing document was served on the following counsel of record on January 19, 2010:

    William F. Merlin, Jr. (Bar No. 34061739)
    777 S. Harbour Island Blvd., Suite 950
    Tampa, Florida 33602
    Telephone (813) 229-1000
    Facsimile (813) 229-3692

                                          /s/ Stephanie S. Rojo
                                          Stephanie S. Rojo